

No. 13–0715/AF. U.S. v. Andrew P. Witt. CCA 36785. On consideration of Appellee's motion to dismiss the petition for grant of review, motion to submit document, and second motion to submit document, it is ordered that Appellee's motion to submit document is hereby denied, that Appellee's second motion to submit document is hereby granted, and that Appellee's motion to dismiss the petition for grant of review is hereby granted without prejudice.

No. 14–0001/AR. U.S. v. George D. MacDonald. CCA 20091118. Appellant's *third* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 18, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0046/AR. U.S. v. Edwin M. Rivers. CCA 20110309. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 23, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0100/AF. U.S. v. Jason Thompson. CCA S31996. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 28, 2013.

